JULIUS SCHILLER, Appellant, *v.* SIMON WILNAU, as Executor of MARGARETTA WENDEL, Deceased, Respondent.

*Schiller* v. *Wilnau,* 125 App. Div. 931, affirmed.
(Argued January 21, 1909; decided February 9, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 28, 1908, affirming a judgment in favor of defendant entered upon the report of a referee in an action to recover for the support of and for services alleged to have been rendered to defendant's testatrix prior to her death.

*F. J. Moissen* and *George Gru* for appellant.

*Lewis C. Grover* and *James W. Redmond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.